# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| VINCENT RAMSEY, | : | |
| | | Civil Case No. 3:03cv00303 |
| Petitioner, | : | Criminal Case No. 3:00cr00017 |
| | | |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | : | |
| | | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING IN FULL REPORT AND RECOMMENDATIONS FILED ON APRIL 27, 2005 (3:00cr00017, Doc. #105); DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE (3:00cr00017, Doc. #95); DENYING PETITIONER LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND THE CASE REMAINS TERMINATED ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (3:00cr00017, Doc. #105), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 27, 2005 (Doc. #105) is ADOPTED in full;

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. #95) is DENIED;

3. Petitioner is DENIED leave to appeal *in forma pauperis*; and

4. The case remains terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge